UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2014-cv-02842-MJW-CBS

T-BONE CONSTRUCTION, INC., a Colorado corporation,

    Plaintiff,

v.

GEIS CONSTRUCTION SOUTH, LLC, an Ohio limited liability company,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO STAY SCHEDULING CONFERENCE (Docket No. 19)

---

THE COURT, having reviewed the Stipulated Motion to Stay Scheduling Conference, and having determined it is in the interests of justice to stay the Scheduling Conference and disclosures pending the Court's determination of Defendant Geis's Motion to Compel Arbitration under the Ohio and Federal Arbitration Acts and Motion to Stay Proceedings Pending the Outcome of Arbitration ("Motion to Compel Arbitration"), and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:** The stipulated motion is **GRANTED**, the Scheduling Conference currently set for December 17, 2014 is hereby vacated, and disclosure and discovery proceedings is stayed pending determination of the Motion to Compel Arbitration.

DATED this 1st day of December, 2014.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO